**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**

**No. 5:26-cv-00051-KDB**

| | |
|---|---|
| **CHRISTOPHER TERAN WALKER,**<br>**Plaintiff,**<br><br>**v.**<br><br>**BILLY ELLIS,**<br>**Defendants.** | **NOTICE OF APPEARANCE FOR THE LIMITED PURPOSE OF CONDUCTING DISCOVERY** |

On July 14, 2026, the Court appointed North Carolina Prisoner Legal Services, Inc., ("NCPLS") "to conduct discovery on plaintiff's behalf." Dkt. 12. NOW COMES Ruth Kintzele, Staff Attorney with NCPLS, who hereby enters a Notice of Appearance for the limited purpose of assisting Plaintiff in the above-captioned case with conducting discovery.

Respectfully submitted this 21st day of July, 2026.

/s/ Ruth Kintzele
Ruth Kintzele
N.C. Bar No. 62482
rkintzele@ncpls.org
N.C. Prisoner Legal Services
Post Office Box 25397
Raleigh, NC 27611
(919) 856-2200
(919) 856-2223 (Fax)

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. I also hereby certify that on July 21, 2026, a copy of the foregoing was mailed to following individual:

**Mr. Christopher Teran Walker**
107 E 1st Ave
Lexington, NC 27292

/s/ Ruth Kintzele
Ruth Kintzele