**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**

**No. 5:26-cv-00051-KDB**

| | |
|---|---|
| **CHRISTOPHER TERAN WALKER,**<br>**Plaintiff,**<br><br>**v.**<br><br>**BILLY ELLIS,**<br>**Defendants.** | **NOTICE OF SUBSTITUTION OF COUNSEL (LIMITED APPEARANCE— DISCOVERY)** |

NOW COMES Plaintiff Christopher Teran Walker, to provide notice pursuant to Local Civil Rule 5.2(c) of a substitution of counsel.

On July 14, 2026, the Court appointed North Carolina Prisoner Legal Services, Inc., ("NCPLS") "to conduct discovery in this *pro se* prisoner case" in accordance with Standing Order 3:19-mc-60. [D.E. 12]

On July 21, 2026, Ruth Kintzele, Staff Attorney with NCPLS, entered a Notice of Appearance for the limited purpose of assisting Plaintiff Wiggins with conducting discovery in the above-captioned case. [D.E. 15]

The deadline for the parties to complete discovery in this matter is currently set for November 11, 2026

Undersigned counsel, Lee M. Pollack, Civil Managing Attorney at NCPLS, is hereby being substituted as counsel for Plaintiff, in place of Ms. Kintzele, for purposes of completing NCPLS's appointed limited representation of Mr. Walker in this matter. Mr. Pollack verifies that he is aware of, and will comply with all pending deadlines in this case, including proceeding with any scheduled trial or hearings, insofar as such deadlines, trials or hearings fall within the limited scope of NCPLS's appointment and appearance.

This substitution is being made in accordance with Local Civil Rule 83.1(g).

Respectfully submitted this the 3rd day of August, 2026.

/s/ Lee M. Pollack
Lee M. Pollack
N.C. Bar No. 55957
N.C. Prisoner Legal Services, Inc.
Post Office Box 25397
Raleigh, North Carolina 27611
(919) 856-2200
(919) 856-2223 (Fax)
lpollack@ncpls.org

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. I also hereby certify that on August 3, 2026, a copy of the foregoing was mailed to following individual:

**Mr. Christopher T. Walker**
706 Market St.
Lexington, NC 27292

/s/ Lee M. Pollack
Lee M. Pollack